# SUPREME COURT.

## WILLIAM W. RIDER agt. THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY.

*Injunction — against railroad, when should not be granted.*

An injunction should not be granted restraining a railroad from construct-
ing an embankment on its own land, which is necessary to make its
road-bed safe, because such embankment has already slipped and is liable
to further slip on plaintiff's land and ruin a spring.

*Ulster Special Term, August,* 1883.

UPON a complaint which alleged that the defendant was
constructing an embankment upon its own land, upon which
was located its railway track, which had slipped upon the land
of the plaintiff, and was liable to further slip and slide upon
such land and ruin a spring claimed to be worth $1,000, the
plaintiff had obtained an injunction enjoining the doing of
further work on such embankment by the defendant. Upon
an affidavit showing that the work enjoined was necessary to
protect the embankment, judge OSBORN granted an order
staying the operation of the injunction, and ordering the
plaintiff to show cause why such injunction should not be
dissolved.

*Carroll Whittaker,* for defendant and motion.

*John A. Griswold,* for plaintiff and opposed.

WESTBROOK, *J.* — The theory of the complaint is that the
defendant can be restrained from constructing an embankment
on its own land, which is necessary to make its road-bed safe,
because such embankment has already slipped, and is liable
to further slip on plaintiff's land and ruin a spring. The
objections to its continuance are: (1.) That the interests of
the public require the road-bed to be made secure. (2.) The
damages of the plaintiff are capable of estimation and can be

recovered.    (3.) There is no allegation that the defendant is unable, pecuniarily, to respond; and (4.) As the interest of the defendant requires it to construct the bank so that it will not slip, there is no need of an injunction, and a continuance of the injunction may, by preventing work, stop the defendant from making secure the embankment already constructed, thus causing it to slide and do the very injury which the injunction seeks to prevent.

The injunction will, therefore, be dissolved, with ten dollars costs, to abide the event of the action.